No cause having been shown, the petition for certiorari is hereby dismissed. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *A. Norman LaSalle,* for respondent.

M. P. No. 76-82. THE MINDEN CORPORATION *d/b/a* PISCES EAST *v.* DEEB G. SARKAS, *Liquor Control Administrator.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the petition for certiorari is hereby dismissed. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Jordan Stanzler,* for petitioner. *Julius C. Michaelson,* Attorney General, *Forest Avile,* Special Assistant Attorney General, *Roberts & Willey Incorporated, Dennis J. Roberts II* (for 122 Waterman Corporation et al, amicus curiae), respondent.

M. P. No. 76-183. WARWICK TYSON *v.* JAMES MULLEN, *Warden.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the petition for Habeas Corpus is hereby dismissed. *Walter R. Stone,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Assistant Attorney General, for respondent.

Appeal No. 75-259. VICTOR D. WALKA *v.* DONALD LEACH *et al.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the defendants' appeal is hereby dismissed. *Letts, Quinn & Licht, Frank Licht, Daniel J. Murray, Jerome B. Spunt,* for plaintiff. *Alan H. Pearlman,* for defendants.

Appeal No. 75-275. IRVING B. JACQUES, *et al. v.* SCHOOL COMMITTEE OF THE TOWN OF GLOCESTER. The above-entitled